BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**MICHELLE HOLMAN KERIN, OSB #965278**
Michelle.Kerin@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **3:19-cr-00625-SI-06** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| **JAIDAN O'NEAL,** | |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

The United States of America hereby moves to dismiss the Indictment filed in this case as

to defendant Jaidan O'Neal, pursuant to Rule 48(a), Fed. R. Crim. P.

Dated: July 21, 2020                     Respectfully submitted,

                                         BILLY J. WILLIAMS
                                         United States Attorney


                                         /s/ *Michelle Holman Kerin*

                                         MICHELLE HOLMAN KERIN, OSB #965278
                                         Assistant United States Attorney


**Motion to Dismiss Indictment without Prejudice**                     **Page 1**