# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00625-SI-06 |
| v. | **ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| JAIDAN O'NEAL, | |
| Defendant. | **Rule 48(a) Fed. R. Crim. P.** |

This matter, having come before the Court on the government's motion to dismiss the indictment as to defendant Jaidan O'Neal without prejudice pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the indictment against defendant Jaidan O'Neal in the above-captioned case, filed on December 19, 2018, be DISMISSED without prejudice.

Dated: July 21, 2019.

_____
HONORABLE JOHN V. ACOSTA
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Michelle Holman Kerin
_____
MICHELLE HOLMAN KERIN, OSB #965278
Assistant United States Attorney

**Order Dismissing Indictment without Prejudice**